UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN LASPISA,

                              Plaintiff,

                                                                         1:18-CV-0211
v.                                                                      (GTS/DJS)

CARRINGTON MORTG. SERVS.; and
DOES 1 TO 20,

                              Defendants.
_____

APPEARANCES:

JOHN LASPISA
  Plaintiff, *Pro Se*
166 Ballston Ave
Ballston Spa, New York 12020

GLENN T. SUDDABY, Chief United States District Judge

## **DECISION and ORDER**

      Currently before the Court, in this *pro se* civil rights action filed by John Laspisa ("Plaintiff") against the above-captioned entity and individuals ("Defendants"), are (1) United States Magistrate Judge Daniel J. Stewart's Report-Recommendation recommending that Plaintiff's Complaint be *sua sponte* dismissed with prejudice pursuant to 28 U.S.C. § 1915(e) unless he files an Amended Complaint that corrects the pleading defects identified in his original Complaint, and (2) Plaintiff's Objections to the Report-Recommendation. (Dkt. Nos. 5, 9.)

      After carefully reviewing the relevant papers herein, including Magistrate Judge Stewart's thorough Report-Recommendation, the Court can find no error (clear or otherwise) in the Report-Recommendation: Magistrate Judge Stewart employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the

Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Stewart's Report-Recommendation (Dkt. No. 5) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) shall be *sua sponte* **DISMISSED with prejudice**, without further Order of the Court, **UNLESS**, within **THIRTY (30) DAYS** of the date of this Decision and Order, Plaintiff files an Amended Complaint that corrects the pleading defects identified in the Report-Recommendation; and it is further

**ORDERED** that, if Plaintiff files an Amended Complaint within the above-referenced thirty-day period, the Amended Complaint shall be referred to Magistrate Judge Stewart for his review.

Dated: July 11, 2018
      Syracuse, New York

                                    HON. GLENN T. SUDDABY
                                    Chief United States District Judge